IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| GALE C. HUTCHINSON | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv240 |
| TERRY BOX, SHERIFF OF COLLIN COUNTY, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the Plaintiff's "Emergency Motion for a Temporary Restraining Order" (docket entry #56) pursuant to Rule 65 of the Federal Rules of Civil Procedure should be denied. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Plaintiff's motion for a temporary restraining order (docket entry #56) is hereby **DENIED**.

**SIGNED this the 17th day of February, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE

1