IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

SHERMAN DIVISION

| | | |
|---|---|---|
| GALE C. HUTCHINSON | § | |
| VS. | § | CIVIL ACTION NO. 4:10cv240 |
| TERRY BOX,<br>SHERIFF OF COLLIN COUNTY, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The above-entitled and numbered civil action was heretofore referred to United States Magistrate Judge Don D. Bush, who issued a Report and Recommendation concluding that the Motions to Dismiss (docket entries #67 & 72) filed by the Collin County Sheriff's Department and the Denton County Sheriff's Department should be granted with regard to the two Sheriff's Departments (the "Non-Jural Entity Defendants") and that they be dismissed from this lawsuit. No objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and adopts same as the findings and conclusions of the Court. It is therefore

**ORDERED** that the Collin County Sheriff's Department's motion to dismiss (docket entry #67) and the Denton County Sheriff's Department's motion to dismiss (docket entry #72) are hereby

1

**GRANTED**. The Collin County and Denton County Sheriff's Departments are hereby **DISMISSED** from this lawsuit pursuant to Fed. R. Civ. P. 12(b)(6) and 42 U.S.C. § 1997e(c).

**SIGNED this the 17th day of February, 2011.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE